RADZISZ v. HARLEY DAVIDSON OF METROLINA

No. 411PA96

Case below: 123 N.C. App. 602

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 November 1996.

RICHLAND RUN HOMEOWNERS ASSN. v. CHC DURHAM CORP.

No. 391A96

Case below: 123 N.C. App. 345

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 7 November 1996.

SCHWAB v. KILLENS

No. 436P96

Case below: 124 N.C. App. 788

Motion by petitioner (Schwab) for temporary stay denied 22 October 1996.

STATE v. AMON

No. 425P96

Case below: 123 N.C. App. 785

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

STATE v. ARMIJO

No. 287P96

Case below: 122 N.C. App. 576

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 November 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.